IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.    No. 08-CV-737 MCA/ACT
       No. 07-CR-1071 MCA

FRANCISCO GRANADOS-FLORES,

    Defendant/Movant.

## ORDER

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United State Magistrate Judge filed December 4, 2008 [Doc. 15]. Defendant filed a Notice of Appeal on December 29, 2008 [Doc. 16] and the docket shows that he dismissed his appeal voluntarily on January 29, 2009 [Doc. 19]. On March 13, 2009, Defendant filed an Objection to Magistrate Judge Finding and Recommended Disposition ("Objection") [Doc. 20]. In his Objection, Defendant states he filed a motion to extend the time to file his objection on or about December 12, 2008. The court docket does not reflect that Defendant filed this motion. Thus, Defendant's Objection is untimely. In addition, the Court has reviewed Defendant's Objection to the proposed findings and recommended disposition and find that they are without merit.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus filed August 7, 2008, is dismissed with prejudice

**SO ORDERED** this 31st day of March, 2009.

_____
**M. CHRISTINA ARMIJO**
**United States District Judge**